IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GINO A. GAETA,** | : CIVIL ACTION NO. 1:08-CV-0592 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **THE HOME DEPOT, INC.,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 22nd day of September, 2011, upon consideration of the motion (Doc. 89) by Lisa Jo Fanelli-Greer, Esquire, ("Attorney Fanelli-Greer") to withdraw as counsel for plaintiff, Gino A. Gaeta ("Gaeta"), wherein Attorney Fanelli-Greer avers that she is unable to proceed in representing Gaeta because Gaeta refuses to communicate with her and/or cooperate with her, Gaeta refuses to accept prudent legal advice and guidance from her, and Gaeta can no longer pay for legal services and front costs as required by their fee agreement, and upon further consideration of the order of the court (Doc. 90), directing Gaeta to show cause why the pending motion to withdraw (Doc. 89) should not be granted, and it appearing that, as of the date of this order, Gaeta has failed to file a response showing cause, and the court finding that good cause for the withdrawal exists because the representation "has been rendered unreasonably difficult by the client[,]" PA. RULES PROF'L CONDUCT R. 1.16(b)(6); see also L.R. 83.23.2 (adopting Pennsylvania Rules of Professional Conduct), it is hereby ORDERED that:

1. The motion (Doc. 89) to withdraw as counsel is GRANTED.  See PA. RULES PROF'L CONDUCT R. 1.16(b)(6); see also L.R. 83.23.2.

2. Attorney Lisa Jo Fanelli-Greer is TERMINATED as attorney of record for plaintiff Gino A. Gaeta.

3. The Clerk of Court is directed to designated Gino A. Gaeta as a *pro se* plaintiff.

4. The Clerk of Court is directed to send a copy of this order and the docket in this case to Gino A. Gaeta at his last known address: 755 D Small Valley Road, Halifax, PA, 17032.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge