**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GINO A. GAETA,** | : | **CIVIL ACTION NO. 1:08-CV-0592** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE HOME DEPOT, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 30th day of March, 2012, upon consideration of defendant's motion in limine (Doc. 78), which seeks to preclude evidence of discrimination based upon national origin, and the court deeming the motion to be procedurally premature in light of the defendant's pending motion to dismiss (Doc. 103), it is hereby ORDERED that said motion is DENIED without prejudice.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge