## `IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GINO A. GAETA,** | : | CIVIL ACTION NO. 1:08-CV-0592 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THE HOME DEPOT, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 30th day of March, 2012, upon consideration of plaintiff's motion in limine (Doc. 84), in which plaintiff seeks to preclude *inter alia* any evidence referencing plaintiff's engagement of multiple counsel, and the court deeming the motion to be procedurally premature in light of the defendant's pending motion to dismiss (Doc. 103), it is hereby ORDERED that said motion is DENIED without prejudice.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge